UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL T. BELL | CIVIL ACTION |
| VERSUS | NO. 14-2961 |
| N. BURL CAIN | SECTION "N" |

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, the objections to the Magistrate Judge's Findings and Recommendation filed by the Plaintiff on February 6, 2015 (Rec. Doc. 5), and this Court's Order dated February 18, 2015 (Rec. Doc. 6), hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Notably, the Plaintiff did not timely submit documents in support of his claims as directed by this Court in the February 18 Order.

Accordingly, **IT IS ORDERED** that Earl T. Bell's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 24th day of March 2015.

**KURT D. ENGELHARDT**
**United States District Judge**